UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHUKY SADON,**

      **Plaintiff,**

v.                                     Case No: 6:23-cv-925-PGB-LHP

**EQUIFAX INFORMATION
SERVICES, LLC,**

      **Defendant.**
_____/

## **ORDER**

This cause is before the Court on the parties' Joint Stipulation of Dismissal as to Defendant Equifax Information Services, LLC ("**Defendant Equifax**"), filed May 28, 2024. (Doc. 37 (the "**Joint Stipulation**")).

On November 15, 2023, Plaintiff filed a Notice of Settlement as to Defendant Equifax. (Doc. 34). Accordingly, that same day, the Court issued an Order (Doc. 35 (the "**Order**")) administratively closing the case "subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings." The Court notified the parties that "[f]ailure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties." (*Id.*).

The parties failed to timely comply with the Order, and consequently, on January 17, 2024, the Court dismissed the claims against Defendant Equifax

*without* prejudice and directed the Clerk of Court to close the file. (Doc. 36). Ultimately, on May 28, 2024—over four months after the Court dismissed the case and closed the file—the parties filed the instant Joint Stipulation, requesting dismissal of all claims against Defendant Equifax *with* prejudice. Alas, the parties neither provided a reason for their untimely filing nor explained their failure to comply with the Court's prior Order.

Accordingly, it is **ORDERED** that the parties **SHOW CAUSE** as to why the Court should not strike the Joint Stipulation as untimely. The parties shall file a response to this Order on or before June 5, 2024. Failure to timely comply with this Order shall result in the Court striking the Joint Stipulation without further notice and leaving the case dismissed *without* prejudice.

**DONE AND ORDERED** in Orlando, Florida on May 29, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties